Maria Graf, as Administratrix of the Estate of William J. Graf, Deceased, Appellant, *v.* Frank Mazzella, Respondent.

(Submitted March 21, 1934; decided April 17, 1934.)

*Philip J. O'Brien* and *Benjamin E. Singer* for appellant. *F. A. W. Ireland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.